Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 0 8 2025

DANIEL J. McCOY, CLERK
BY:_____

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

)  Case No.     5:25-cv-0977
)
BERNARD JAWASKLMALONE SR.      )       (to be filled in by the Clerk's Office)
_____    )
          Plaintiff(s)         )
(Write the full name of each plaintiff who is filing this complaint.   )   Jury Trial: (check one) ☐ Yes ☐ No
If the names of all the plaintiffs cannot fit in the space above,       )
please write "see attached" in the space and attach an additional      )
page with the full list of names.)                                     )
               -v-             )
                               )
                               )
                               )
                               )
BOSSIER SHERIFF'S OFFICE       )
_____    )
          Defendant(s)         )
(Write the full name of each defendant who is being sued.  If the      )
names of all the defendants cannot fit in the space above, please      )
write "see attached" in the space and attach an additional page        )
with the full list of names.)                                          )

## COMPLAINT FOR A CIVIL CASE

**I.      The Parties to This Complaint**

**A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    BERNARD MALONE
Street Address          PO 3101
City and County         SHREVEPORT, LA 71133 CADDO PARISH
State and Zip Code       LOUISIANA 71133
Telephone Number        318 553 0663
E-mail Address          BJPWWDAY@YAHOO.COM

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                    BOSSIER SHERIFF'S OFFICE

Job or Title *(if known)*                LAW ENFORCEMENT AGENCY

Street Address                          204 BURT BLVD

City and County                         BENTON      BOSSIER PARISH

State and Zip Code                      LOUISIANA    71111

Telephone Number                        318 965 2203

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the
State of *(name)* _____.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under

    the laws of the State of *(name)* _____, and has its

    principal place of business in the State of *(name)* _____ .

    Or is incorporated under the laws of *(foreign nation)* _____ ,

    and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON AUGUST 11, 2023 I WAS INJURED ON THE JOB AT THE BOSSIER SHERIFF'S OFFICE. I WAS ACTING AS THE MEDICAL DEPUTY AT THE BOSSIER MAXIMUM FACILITY. WHILE RETURNING AN INMATE TO HIS CELL FROM THE MEDICAL DEPARTMENT THE INMATE BEGAN TO GET VERY HOSTILE WITH ME. THE INMATE WAS KNOWN TO HAVE SERIOUS ⟶

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I STILL CANT RUN IF I WAS IN DANGER DUE TO MY INJURY. I ALSO DEVELOPED SEVERE ANXIETY BECAUSE OF THE SHERIFF'S OFFICE HARASSING ME & TAKING MY JOB FOR NO REASON. I WAS WITH THE BSO FOR 6 ½ YEARS, AND SHOULD BE COMPENSATED BY THEM WHAT I WOULD HAVE MADE THROUGHOUT AN ENTIRE 30 YEAR CAREER.

Page 4 of 5

ANGER ISSUES AND THAT HE SHOULD BE TRANSPORTED BY TWO DEPUTIES. ALTHOUGH THERE WAS A SECOND DEPUTY PRESENT, HE DID VERY LITTLE TO TRY & HELP CALM THE INMATE DOWN. I'M INFORMED THE INMATE STAY FACING AWAY FROM ME AS I REMOVED THE HAND CUFFS & BACKED OUT OF THE CELL. WHEN I REMOVED THE HAND CUFFS THE INMATE QUICKLY TURNED AROUND & LUNGED AT ME & WE BEGAN TUSSLE. WHEN WE HIT THE FLOOR OF THE CELL I SUSTAINED A TORN PATELLAR TENDON. I WAS RUSHED TO WILLIS KNIGHTON BOSSIER & IMMEDIATELY DECLARED OFF DUTY. THE INJURY RENDERED ME NEARLY HELPLESS AS I WAS UNABLE TO STAND UP ON THE INJURED LEG. I WAS ASSIGNED DR. JOHN MAYS WHO OPERATED ON MY LEG AUGUST 17, 2023. DR. MAYS DID ALL MY FOLLOW UPS & ASSIGNED ME PHYSICAL THERAPY. I WAS TOLD BY NEIL JOHNSTON IN HUMAN RESOURCES THAT I ONLY HAD TO SUBMIT MY FOLLOW UP APPOINTMENT WORK STATUS FORMS & I SUBMITTED EVERYONE. DURING THE TIME I WAS OFF, PER DOCTOR'S ORDERS, MY EMPLOYER BEGAN TO ASK ME TO SHOW UP TO VARIOUS PLACES TO SIGN PAPERWORK. ONCE I'D ARRIVE THEY'D MAKE SLY COMMENTS THAT THEY FELT I WAS FAKING. I ALSO NOTICED MULTIPLE UNITS FOLLOWING ME AROUND TOWN & TO THE GYM WHERE I WAS TOLD TO GO BY MY DOCTOR & THERAPIST. NEIL JOHNSTON & CAPTAIN ROBERT CHAVIS BOTH SENT ME TEXT MESSAGES & EMAILS ASKING FOR MY MEDICATIONS WHICH IS HIGHLY SENSITIVE INFORMATION. I DECLINED TO GIVE THEM THIS INFORMATION. NEIL JOHNSTON THEN CALLED ME & SCHEDULED A MANDATORY MEETING WITH CHIEF DUANE HUDDLESTON DURING THE TIME I HAD PHYSICAL THERAPY, AND TOLD ME I'D HAVE TO BE NON-COMPLIANT WITH MY THERAPY, AND COME TO THE MEETING EVEN THOUGH I WAS OFF-DUTY PER DOCTOR'S ORDERS. I DIDN'T ATTEND THE MEETING, AND WAS TERMINATED SHORTLY AFTER.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____